AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NASH N. TUTEN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV421-250

JUSTIN GAUSE, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 20, 2022, Plaintiff's complaint is dismissed for failure to state a claim upon which releif can be granted, and this case stands closed.

Approved by: _Christopher L. Ray_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

May 23, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_Candy Caldwell_
(By) Deputy Clerk

GAS Rev 10/2020