FILED
John E. Triplett, Clerk of Court
United States District Court
By Ericka Kerr at 4:13 pm, May 09, 2023

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

~~Southern~~ District of _Georgia_

~~Savannah~~ Division

|  |  |
|---|---|
| _Hash Newbill Tutton._ _____ ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  _Plaintiff(s)_ _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_  -v-  _Public defenders Office, The State of Georgia The City of Savannah._ _____  _Defendant(s)_ _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_ | Case No. __CV421-250__ _(to be filled in by the Clerk's Office)_ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

POGE (2) of (3)

NOSH N. nden
Plaintiff

V=.
(B) Defendants    City of Savannah.

(1). Plaintiff was and is the victim of an unlawfull arrest, which a 911 call was made of at a work site behind a man Banashubs a fire adm. witness Boss Doyce Gibbs. 912-310-6008 707 Harmon Street.

(2) Plaintiff was injuryed no the unlawful arrest which was caused by Racial discrimination and Racial profiling from Chif, Sheule of the Savannah Metro Police department of Savannah Ga. Please Review Police Reports. Circumstant trespass, fleeing to elude.

(3.) Plaintiff was issued warrants which was made in the Precent Sep 30, 2020, without Probable Cause. Through a warrantless arrest by Deteive, justine Cause from a crime or offense from Sep. 11, 2020.

(4) Plaintiff Alleges off Bellfore committed an offense of Degrava, & Assualt, and Kidn approch by Holdmg how at Gunpoint.

Cont. outith No Probable Cause.

(5.) Plaintiff Claims Capt, Stanz, Allege Breech
the duty of his Officers Through Racial
Profiling and Racial discrimination which led
him to onluse exclusive force arrest, was not
Needed to Cause Plaintiff to Overreact myself
and Infect my Jury By taking to hear what
the Mexican suspect said "Gunman" to Notify
E his Police force to unlawfully enrage my
Citizen christrock bodily Harm life liberty and
limb. Please Review Police Report.

(6.) Plaintiff Claims Detective Justice Cause where
forced to see it there may Capt, Stanz and
made a decison outith No evidence to warra-
nt such a decison and issued warrants
outith No Probable Cause violating my 4th
Amendment Rights. Please Review warrant.
↪ and Police Reports Commit 9-30-20.
Aggravated Assult Anderroo Burglary to
was in the Attempt to Cover up the final
Arrest.
       John Tropkett Has Copy's of Medical
     Reports to Prove my injury.
           4-21-CV-250.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Nash Newbill Tuten |
| All other names by which you have been known: | |
| ID Number | P.N. 1110176-30300902896-79660 |
| Current Institution | Chatham County detention Center. |
| Address | 1071 Carl Griffin Dr. |
| | Savannah   GA.   31405 |
| | *City*      *State*      *Zip Code* |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Cap. Sedivo. off. fresiro. off. Taylor. |
| Job or Title *(if known)* | Justine Louse. off. staff. off. Bellhuze. |
| Shield Number | Savannah metro Police depanneut |
| Employer | & Question |
| Address | The City of Savannah |
| | Eastside Perkeur. Metro Police. |
| | Savannah   GA.   31401. |
| | *City*      *State*      *Zip Code* |

☑ Individual capacity   ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Hon. Supenive Court Judge Dewburne |
| Job or Title *(if known)* | Shalena Cook Jones. Another Barton. |
| Shield Number | Chief District Attorney Assitane DA. |
| Employer | ? Question. |
| Address | The State of Georgia. |
| | 133 Muntgomery Street. 31412 |
| | Savannah   GA.   31412-10227. |
| | *City*      *State*      *Zip Code* |

☑ Individual capacity   ☐ Official capacity

Defendant No. 3
Name _KATI Van Book,_
Job or Title *(if known)* _Public defenders Offices_
Shield Number _2 Question_
Employer _STATE of GEORGIA._
Address _222 WEST Oglethorpe Str_
_Savannah      GA     31401_
　　　　　　　　　　　City　　　　State　　　Zip Code

☒ Individual capacity　　☐ Official capacity

Defendant No. 4
Name _Sthenoff DohuNWilcher, Tony Ham ESTAMOS_
Job or Title *(if known)* _Quetah Communication Chief Sheriff_
Shield Number _2 Question_
Employer _Chethour County, 7 State of GEORGIA._
Address _1050 Carl Griffin Dr,_
_Savannah      GA     31405_
　　　　　　　　　　　City　　　　State　　　Zip Code

☒ Individual capacity　　☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_4 Th Amandati Rights, 8 Th Amendmenti 6 Th Amendumet_
_5 Th Amendmen Rights, idue Process of law. Cruel and_
_unwual Punishmeati. life liberty inub. failuan To Provid_
_Probrable Cause._

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# BURGLARY
# SAVANNAH POLICE DEPARTMENT

**200911011**

Supplement No
ORIG



201 Habersham Street

Savannah, GA 31412
Nature of Call
BURG, FORCED COMMERCIAL

PHONE (912) 651-6675

FAX (912) 651-6683

Reported Date
09/11/2020

*Please Review Warrants So
Warrants Sep 30-2020.*

Officer
ANDERSON, HOLDEN

*The Contract Voids The unlawn
Arrest. I was Indicted*

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|---|
| SAVANNAH POLICE DEPARTMENT | | 200911011 | ORIG | 09/11/2020 | 04:35 | 202550204 |
| Status | Nature of Call | | | | | |
| REPORT TAKEN | 2203 | | | | | |

| Location | | | City | ZIP Code | Rep Dist |
|---|---|---|---|---|---|
| 832 E DUFFY ST | | | SAVANNAH | 31401 | 3241B |

| Area | Beat | From Date | From Time | Officer | Assignment |
|---|---|---|---|---|---|
| 26 | 522B | 09/11/2020 | 04:35 | 64150/ANDERSON, HOLDEN | EASTSIDE |

| Entered by | Assignment | RMS Transfer | Prop Trans Stat | Report Title |
|---|---|---|---|---|
| 64150 | EASTSIDE | Successful | Successful | BURGLARY |

| Solvability | Score | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|---|
| MEDIUM PROBABILITY | 160 | 4971 | 09/15/2020 | 05:33:37 |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| OTH | 1 | I | MARTINEZ, RAMON | 1027417 | H | M | /1975 |
| OTH | 2 | I | GRADYMILLER, VALERIE | 597462 | W | F | /1984 |
| SUS | 1 | I | NASH, TUTEN | 1449018 | B | M | /1975 |
| VIC | 1 | I | REYES, SASHA | 1228206 | H | F | /1990 |

## Property Summary

| Involvement | Description |
|---|---|
| STN | Article: Equipment/tools WATERB    pressure washer |
| STN | Article: Equipment/tools SPRAYE GRECO   Greco paint machine |
| STN | Article: Equipment/tools CUTTER STIHL   Stihl concrete cutter |
| STN | Article: Equipment/tools CHAINS STIHL   Stihl chainsaw |

## Summary Narrative

Burglary

*Please Request Warrants from Sheriff office.
The Warrants Where Printed Sep. 20. 2020 Through the
Contract of the unlawful Arrest once the District Attorney
found out about the injury which was Caused By
the flawed Arrest I was Indicted first March 8
They Dismissed the unlawful Arrest To Hide the injury
Here look at the case Summary*

| Report Officer | Printed At | |
|---|---|---|
| 64150/ANDERSON, HOLDEN | 08/17/2021 09:43 | Page 1 of 3 |

# BURGLARY
# SAVANNAH POLICE DEPARTMENT

**200911011**

Supplement No
ORIG

## OTHER 1: MARTINEZ,RAMON

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| OTHER | 1 | Individual | MARTINEZ, RAMON | | 1027417 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| HISPANIC/MEXICAN/LATIN | MALE | ▮/▮/1975 | 44 | No | 5'09" | 200# | BLACK | Brown |

| PRN |
|---|
| 2380657 |

| Type | Address | City | State |
|---|---|---|---|
| HOME | 1132 E WALDBURG ST | SAVANNAH | GEORGIA |

| ZIP Code | Date |
|---|---|
| 31404 | 09/11/2020 |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | ( ▮ ) ▮ - ▮ | 09/11/2020 |

## OTHER 2: GRADYMILLER,VALERIE

| Involvement | Invl No | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| OTHER | 2 | Individual | GRADYMILLER, VALERIE | 597462 | WHITE | FEMALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| ▮/▮/1984 | 36 | No | 5'03" | 110# | BLONDE/STRAWBERRY | BLUE | 2380658 |

| Type | Address | City | State |
|---|---|---|---|
| HOME | 832 E DUFFY ST | SAVANNAH | GEORGIA |

| ZIP Code | Date |
|---|---|
| 31401 | 09/11/2020 |

## SUSPECT 1: NASH,TUTEN

| Involvement | Invl No | Type | Name | MNI | Race | Sex |
|---|---|---|---|---|---|---|
| SUSPECT | 1 | Individual | NASH, TUTEN | 1449018 | BLACK | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| ▮/▮/1975 | 45 | No | 5'11" | 180# | BLACK | BROWN | 2380659 |

## VICTIM (PERSON) 1: REYES,SASHA

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| VICTIM (PERSON) | 1 | Individual | REYES, SASHA | | 1228206 |

| Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| HISPANIC/MEXICAN/LATIN | FEMALE | ▮/▮/1990 | 29 | No | 5'04" | 180# | BLACK | BROWN |

| PRN |
|---|
| 2380660 |

| Type | Address | City | State |
|---|---|---|---|
| HOME | 832 E DUFFY ST | SAVANNAH | GEORGIA |

| ZIP Code | Date |
|---|---|
| 31401 | 09/11/2020 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | ▮ | GEORGIA |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | ( ▮ ) ▮ - ▮ | 09/11/2020 |

## Property

| Item | Agency | Report No | Original Incident | Original supplement | Involvement |
|---|---|---|---|---|---|
| 1 | SAVANNAH POLICE DEPARTMENT | 200911011 | 200911011 | ORIG | STOLEN |

| Invl Date | In Custody? | Security | Value | # Pieces |
|---|---|---|---|---|
| 09/11/2020 | No | No | $850.00 | 1 |

| Description | | Typ | Cat |
|---|---|---|---|
| pressure washer | | A | Equipment/tools |

| Article | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|
| Pressure Washer/Water Blaster | 09/11/2020 | 06:16 | Successful |

| Control |
|---|
| 4971   0915200534 |

| Item | Agency | Report No | Original Incident | Original supplement | Involvement |
|---|---|---|---|---|---|
| 2 | SAVANNAH POLICE DEPARTMENT | 200911011 | 200911011 | ORIG | STOLEN |

| Invl Date | In Custody? | Security | Value | # Pieces |
|---|---|---|---|---|
| 09/11/2020 | No | No | $900.00 | 1 |

| Description | | Typ | Cat |
|---|---|---|---|
| Greco paint machine | | A | Equipment/tools |

| Article | Brand | Article Color | Entered Date | Entered Time |
|---|---|---|---|---|
| Paint Sprayer/Sprayer (all types) | GRECO | BLUE | 09/11/2020 | 06:17 |

| RMS Transfer | Control |
|---|---|
| Successful | 4971   0915200534 |

| Report Officer | Printed At | |
|---|---|---|
| 64150/ANDERSON, HOLDEN | 08/17/2021   09:43 | Page 2 of 3 |

NOAH N. Tinton. VS) STATE of GEORGIA
Plaintiff                    DISTRICT ATTORNEY'S
                             Office.
VS.
Public Defenders Office
Defendents

① Plaintiff Claims → BETTY N BECK a VVS ASSIGN Need to him. 1-29-2021 AND made her enter of appearance, IN which she spoke To me about the arrest Sep 20-2020 Also The injury which was caused By The unlawful arrest, Once she was aware of my Knowledge She left, Came back fed 25, 2021 REQuested my medical records which is documented in my medical records and ② when Straight to District Attorney Anthony Burton on March 2, 2021 I was indicted on Charges of Aggravated Assault and Burglary which are To Be said to happen Sep 11 20 ②. The arraignments were Perined Sep 20, 2020 Here are the Police Reports. look at the arraignments from the Shouff office. Her and Anthony Burton made This Happen 3-2-21 Shat ENA Cook Lowes Gave Her Stamp of Approval Al nu which She is Held accountable for This act of malice Prosecution in which was done unto me. Please look at The Case Summer.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____ *NONE* _____

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of
state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
federal law.  Attach additional pages if needed.

*The City of Savannah. 4the liberty in B. Issue warrants*
*out, not. Probable cause. Public defenders Abanao 6Th amend*
*ment Violations. The State of Georgia. Violation 10Th amen*
*dment. indictment out Probable cause. Article 2*

**III.   Prisoner Status**   *Section 4. Chatham County Shreiff. detained*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial detainee

☑   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*   *a 911 caller 9-20-2020. unlawful arres*

**IV.   Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Sep. 20. 2020 1001 Ott. Stp. Savannah. Ga. 31401. I was*
*a 911 Caller in need of Help and was engaged unlawfully*
*Through excisive force. Chatham Sarvar Murray.*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*The Booking in uw Sep 20. 2020 Through Arraignutires*
*arres. out, not Probable cause. I was indicted March*
*2. 2021 March 8 The unlawful arres was dismissed*
*Arrival Violated us 10Th Amendment.*

NOAH N. Jutow. VS. STATE OF GEORGIA
            Plaintiff              DISTRICT ATTORNEY'S
                                   Office.
      VS.
      Public defenders office
            Defendens

① Plantiff Claims - BRITTY'N BECK ouas Assigh
Ned To him. 1-29-2021 And made her int,
er of appearance, IN which she Spoke
To me about the arrest SEP 20-2020 Also
the injury which ouas Caused BY The un
louful arrest, once she ouas nuake of my
Knowledge She left, Come back feel 25, 50
② Requested my medical Records which
is documented in my medical records and
③ Whenu Straight To district attorney Anthony
Burton on march 2, 2021 I ouas indicted on
Charges of Aggravated assualt and Burgalar
Y which are To be said To happen SEP 1130
21. The arraiments were perused SEP 20, 2020
Hene are the Police Reports. look at the audio
AYYs from the Shrauff office. Her and Anthony
Burton made This Happen 3-2-21 Shat
ENA COOK J owes Gave Her Status of approv
Al in which She is Held accountable
for This Act of malice Prosucution in
which ouas done unto me. Please look
At The Case seminer.

SUPERIOR COURT OF CHATHAM COUNTY

# CASE SUMMARY
## CASE NO. SPCR21-00857-J6

| | | | |
|---|---|---|---|
| State of Georgia | § | Location: | J6 |
| vs | § | Judicial Officer: | J, 6 |
| Nash Newbill Tuten | § | Filed on: | 03/02/2021 |
| | § | | |

---

### CASE INFORMATION

**Offense**
1. Aggravated Assault
   OBTS: 88424302293  Sequence: 001
2. Burglary in the Second Degree
   OBTS: 88424302293  Sequence: 002

| | Statute | Deg | Date | Case Type: | **Other Felony Division** |
|---|---|---|---|---|---|
| | 16-5-21 | F | 09/11/2020 | Subtype: | **Random** |
| | 16-7-1(c) | F | 09/11/2020 | Case Status: | **03/02/2021   Open** |

**Related Cases**
AR20090300  (Related Case)
RCCR20-29376  (Bound Up)
SPUN20-02342-J6  (Related Case)

---

### CASE ASSIGNMENT

**DATE**

**Current Case Assignment**
Case Number                    SPCR21-00857-J6
Court                          J6
Date Assigned                  03/02/2021
Judicial Officer               J, 6

---

### PARTY INFORMATION

| | | |
|---|---|---|
| **Plaintiff** | State of Georgia<br>*Other* | Burton, Burt Anthony<br>912-652-7308(W) |
| **Defendant** | Tuten, Nash Newbill<br>*Black Male* | Huffman, Brian Joseph, Jr.<br>*Retained*<br>912-344-5134(W) |

---

### EVENTS & ORDERS OF THE COURT                    INDEX

**DATE**

## EVENTS

| 02/17/2022 | Arraigned<br>*Video Arraignment* |
|---|---|
| 02/17/2022 | Motion - For Discovery<br>*Consolidated/And Election To Proceed Under O.C.G.A. 17-16-1* |
| 02/17/2022 | Motion - For Discovery<br>*Consolidated/And Election To Proceed Under O.C.G.A.17-16-1* |
| 12/30/2021 | Notice - Of Substitution Of Counsel<br>*A Burton* |
| 11/29/2021 | Notice - Of Substitution Of Counsel<br>*- Brian Joseph Huffman, Jr., for the Defendant* |
| 11/22/2021 | Indigent Defense Voucher<br>*- Brian Joseph (Joe) Huffman, Jr.* |

*Printed on 03/11/2022 at 11:34 A*

SUPERIOR COURT OF CHATHAM COUNTY

# CASE SUMMARY
## CASE NO. SPCR21-00857-J6

| | |
|---|---|
| 12/23/2020 | Arrest Warrant - Served |
| 12/23/2020 | Field Arrest Report |
| 12/23/2020 | First Appearance |
| 09/24/2020 | Superior Court Judicial Assignment Request |

## HEARINGS

| | |
|---|---|
| 04/18/2022 | **Bond Hearing** (9:30 AM)  (Judicial Officer: Abbot, Louisa) |
| 02/17/2022 | **Arraignment** (11:00 AM)  (Judicial Officer: Abbot, Louisa ;Location: Livestream Only) |
| 12/17/2021 | *CANCELED*  **Calendar Call** (9:00 AM)  (Judicial Officer: Abbot, Louisa)<br>    *Other (Please note reason)* |
| 12/14/2021 | *CANCELED*  **Calendar Call** (10:00 AM)  (Judicial Officer: Abbot, Louisa)<br>    *Other (Please note reason)* |
| 12/02/2021 | *CANCELED*  **Status Hearing** (9:00 AM)  (Judicial Officer: Abbot,<br>Louisa ;Location: Judge Abbot Chambers)<br>    *Other (Please note reason)* |
| 11/09/2021 | **Calendar Call** (10:00 AM)  (Judicial Officer: Abbot, Louisa ;Location: Livestream Only) |
| 09/14/2021 | **Calendar Call** (10:00 AM)  (Judicial Officer: Abbot, Louisa ;Location: Livestream Only) |
| 05/11/2021 | **Hearing** (3:30 PM)  (Judicial Officer: Abbot, Louisa ;Location: Courtroom 2B / Livestream) |

*Printed on 03/11/2022 at 11:34 /*

SUPERIOR COURT OF CHATHAM COUNTY
# CASE SUMMARY
## CASE NO. SPCR21-00857-J6

| | |
|---|---|
| 08/17/2021 | Letter - Pro Se Letter Received And Clerks Response |
| 08/10/2021 | Motion - Pro Se Motion<br>*Motion to Dismiss Accusation* |
| 08/05/2021 | Response - From Office Of Clerk Of Sup Ct |
| 08/05/2021 | Motion - Pro Se |
| 08/04/2021 | Letter - Pro Se Received<br>*to Judge Abbot* |
| 08/02/2021 | Letter - Pro Se Letter Received And Clerks Response<br>*Requesting copies* |
| 08/02/2021 | Letter - Pro Se Received<br>*to Superior Court Judge* |
| 06/23/2021 | Order<br>*To Withdraw - GRANTED* |
| 06/10/2021 | Certificate - Of Service |
| 06/10/2021 | Certificate - Written Notification Certificate |
| 06/10/2021 | Certificate - Of Service<br>*Motion to Withdraw* |
| 06/10/2021 | Motion - To Withdraw<br>*Atty Kaitlyn Beck* |
| 06/10/2021 | Transcript - Filed<br>*05-11-21, Faretta Hearing, Judge Abbot Presiding* |
| 03/08/2021 | Memorandum |
| 03/02/2021 | Indictment |
| 02/10/2021 | Motion/Order For Bond |
| 01/29/2021 | Hearing - Rule Nisi |
| 01/29/2021 | Motion/Order For Bond |
| 01/14/2021 | Entry of Appearance<br>*Kaitlyn Beck* |
| 12/23/2020 | Bound Up to Superior Court |

*Printed on 03/11/2022 at 11:34 A*

PAGE 6 of 11. PRO SEE [✓]

(V) PAIN(S) INJURIES ⟹ BROKEN ANKLE from the excisive force used in the Racial Hearted conduct from the City of SAVANNAH METRO POLICE department. CROW'OC MADICAL I WALK OUT IN A CANE.

(VI) Relief. ⟹ NIASH NICKEY. VS. THE CITY

PAIN AND SUFFERING $350.000

12TH AMENDMENT = $350.000

13TH AMENDMENT = $250.000

RACIAL DISCRIMINATION $350.000

4TH AMENDMENT $250,000

PUNITIVE DAMAGES $250,000

FALSE IMPRISONMENT $250.000

6TH AMENDMENT $250.000

UNLAWFUL ARREST $250.000 - $500.000

NIASH NICKEY
PLAINTIFF

INEFFECTIVE ASSISTANCE COUNSEL...

NIASH NICKEY
PLAINTIFF

VS.

PUBLIC DEFENDER
KATLYN BECK.
$125.000 4TH
$125.000 6TH
$250.000

VS.

THE STATE OF GEORGIA
DISTRICT ATTORNEY'S office.
ANTHONY BURTON. SHERIFF COOK JONES
DUSTING CLAUSE SAVANNAH Police dept.    13TH $500.000
DCUDGE BATTERMANN + SGP. DCUDGE ODELL.   13TH $500.000
FALSE IMPRISONMENT $500.000            8TH $500.000
INDICTMENT WITH NO PROBABLE CAUSE $500.000  4TH $500.000
PUNITIVE DAMAGES $500.000              6TH $500.000
DEFAMATION OF CHARACTER $500.000       5TH $500.000
FRAUDULENT PRACTICES $500.000
RACIAL DISCRIMINATION $500.000         $6.000.000

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

SET. 30. 2020 AT 6:45 PM. UNLAWFUL ARREST, AND INJURY.
SAVANNAH POLICE. FEB 23, 2021 PUBlic defenders office
KAITlyN BEAK EXSPORE OF MEDICAL RECORDS. MARAH 2 2021
DISTRIT ATTONEys OFFICE INDICTMENT, OUT A DET PROBABLE.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE FACTS ARE THE POLICE REPORTS. SEP 30. 2020. MY
INJURYS FROM The 911 CALL. THE WARRANTS DUSTIN GROUSE
MADE UP AND ISSUED OUT. THE MEDICAL RECORDS ALL WICH
PROVES MY INJURYS. THE BOOKING REPORTS SHERIFF
WILLBUR HAS. TO SHOW NO PROBABLE CAUSE EXISTS!

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken ANKle from The excisive force used IN The
RANDAL HEATED ARREST from The CITY of SAVANNAH
N METRO Police dEPARTMENT. OTHRO Pedics #7 JOSPHER
CHANDLER Plus CROWVE medical Help AT ThES Time
I WALK OUT A CANE.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PAIN AND SUFFERING. MENTAL ANGUISH. EXCISIVE
FORCE. AGGRAVATED BATTERY. AGGRAVATED ASSULT.
FALSE ARREST. FAKE IMPRISONMENT. MALICE PROSUATIORIONS.
FRAUDULENT PRACTICES. $9,999,999 FOR ACCOUNTABILITY.

LACK OF ACCOUNTABILITY $13,799,999

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Chatham County Detention Center SAV. GA. 31405*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Injury Tort. Constitutional Tort. Herassas Tort.*

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

CHATHAM COUNTY detention center.

2.   What did you claim in your grievance?

indictment withou Probable cause
unlawful detainment. injured caused by arrest

3.   What was the result, if any?

Habeas corpus dismissed. courts tort still pend.
NG. in tort still pend ducu.

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Habeas corpus was rejected. Now I have
Filed Back to the supreme court.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

Yes I have. A Answer to The MARCH 18.22
Dismissle To The hABAes CORpus which was
Violation on Article 2 section 9 Judge Benton
Won KARP.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Tammie Mosley Clerk of Superior court.
John Tripleti Clerk of Supcua court.

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. That I AM The injureved Party Also I
Have Filed A injury Complaint with The
District Court. Also The Complaint About my
dismissal.
(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Superior Court Judge Benjaminkarp. March 18.
2022. Please Review HAbaes And Police Reports
And all arrouts.

Page 8 of 11

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
     action?

     ☑ Yes

     ☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is
     more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

     1.   Parties to the previous lawsuit
          Plaintiff(s)   *NASh N.Tutew.*
          Defendant(s)   *CITY OF SAVANunh & STATE OF GEORGIA.*
          *Shrieff Office. Public defenders office.*
     2.   Court *(if federal court, name the district; if state court, name the county and State)*
          *SouThern district of Savanunh Georgia, SuPerior*
          *Court of Chatham County.*
     3.   Docket or index number
          *4:22-cv-080 - 4:22-cv-090 - 4:22-cv-091 - 4:22-cv-096*
          *4:22-cv-097 - 4:22-cv-092*
     4.   Name of Judge assigned to your case
          *MAGistrate Judge Christophue Ray*

     5.   Approximate date of filing lawsuit
          *8-6-2021 - 9-7-2021*

     6.   Is the case still pending?

          ☑ Yes

          ☐ No

          If no, give the approximate date of disposition.   *STill Pendon Cu*

     7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered
          in your favor?  Was the case appealed?)*

          _____

          _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
     imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)    *NASH N. TUBEN*
      Defendant(s)    *HONK SUPERIOR JUDGE BENJ JEPULNT SHRJ.*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      *CHATHAM COUNTY SAV. CrtA.*

3.    Docket or index number
      *SP CV-7CV. 22 - 00288-HA.*

4.    Name of Judge assigned to your case
      *Hon. BENJAMN HARJ.*

5.    Approximate date of filing lawsuit
      *MARCH 11, 2022*

6.    Is the case still pending?

      ☐ Yes

      ☑ No

      If no, give the approximate date of disposition    *MARCH 18, 2022*

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      5, 5, 2022

Signature of Plaintiff

Printed Name of Plaintiff      NASH MILLETON

Prison Identification #      20300 90296 7966

Prison Address      1079 Carl Griffin Dr.

SAVANNAH      GA      31405
              *City*          *State*      *Zip Code*

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

              *City*          *State*      *Zip Code*

Telephone Number

E-mail Address

FOREVER
USA

Barn Swallow

NORMAN TOTAU IC
1074 Canal Crossing Dr
SAV; GA. 31405 -

UNITED STATES DISTRICT COURT
Office of the Clerk.
P.O. Box 8386
ATTN: TOTAU I -

SAVANNAH GA. 31412